# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1 CIR./DIST./DIV. CODE | 2 PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 0313 | MANUEL LOPEZ-AVITIA | | |

| 3 MAG. DKT./DEF. NUMBER | 4 DIST. DKT./DEF. NUMBER | 5 APPEALS DKT./DEF. NUMBER | 6 OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:19-CR-00307-UA | | |

| 7 IN CASE/MATTER OF (Case Name) | 8 PAYMENT CATEGORY | 9 TYPE PERSON REPRESENTED | 10 REPRESENTATION TYPE |
|---|---|---|---|
| USA V MANUEL LOPEZ-AVITIA | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | Criminal Case |

**11 OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
21 841A=CD F; 21 846=CD F

**12 ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Coley O Reynolds - Bar Number 87923

Omnis Law Group
121 S Broad Street
Philadelphia, PA 19107
Phone 484-816-6647

**13 COURT ORDER**
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Dates: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
Other (See Instructions)

Timothy R. Rice /S/
Signature of Presiding Judge or By Order of the Court

Date of Order: 9/12/2019    Nunc Pro Tunc Date: _____

Repayment or partial repayment ordered from the person represented for this service at time appointment. [ ] YES  [X] NO

**14 NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

Omnis Law Group · TIN XX-XXXXXXX
121 S Broad Street
Suite 1200
Philadelphia, PA 19107
Phone 484-816-6647

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15 In Court** | | | | | |
| a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS | 0.00 | | | | |
| **16 Out of Court** | | | | | |
| a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS | 0.00 | | | | |
| 17 Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | | | | |

| 19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21 CASE DISPOSITION |
|---|---|---|
| FROM: 1/1/1901  TO: 1/1/1901 | | |

**22 CLAIM STATUS**  [ ] Final Payment  [ ] Interim Payment Number 0  [ ] Supplemental Payment  [ ] Withholding Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? [X] Yes [ ] No  If yes, were you paid? [ ] Yes [ ] No

Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] Yes [X] No  If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23 IN COURT COMP | 24 OUT OF COURT COMP | 25 TRAVEL EXPENSES | 26 OTHER EXPENSES | 27 TOTAL AMT APPR/CERT |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 28 SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a JUDGE CODE |
|---|---|---|---|---|

| 29 IN COURT COMP | 30 OUT OF THE COURT COMP | 31 TRAVEL EXPENSES | 32 OTHER EXPENSES | 33 TOTAL AMT APPROVED |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 34 SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a JUDGE CODE | CERTIFIED AMT |
|---|---|---|---|
| Payment approved in excess of the statutory threshold amount | | | |