**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 19-cr-307-4 |
| | : | |
| **MANUEL LOPEZ-AVITIA** | : | |

## ORDER

**AND NOW,** this **12th** day of **August 2024**, upon review of Defendant's Motion for Reduction in Sentence (ECF No. 593) and the Government's Response in Opposition (ECF No. 598), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**